IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DALE HAYDEN                                                                                    PLAINTIFF

VS.                                          CASE NO. 08-CV-4050

NEVADA COUNTY, ARKANSAS,
*et al.,*                                                                                      DEFENDANTS

## FINAL JUDGMENT

On March 6, 2009, the Court granted separate Defendant Danny Rogers's Motion to Dismiss and dismissed him from the above styled and numbered case. Accordingly, final judgment is hereby entered in this matter in favor of separate Defendant Danny Rogers.

IT IS SO ORDERED, this 9th day of April, 2009.

                                              /s/Harry F. Barnes
                                             Hon. Harry B. Barnes
                                             United States District Judge