IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DALE HAYDEN                                                                                           PLAINTIFF

VS.                                           CASE NO. 08-CV-4050

NEVADA COUNTY, ARKANSAS;
ABB MORMON INDIVIDUALLY AND
AS SHERIFF OF NEVADA COUNTY,
ARKANSAS.                                                                                            DEFENDANTS

## JUDGEMENT

Before the Court is separate Defendants Nevada County, Arkansas and Abb Mormon's Motion for Summary Judgment. (Doc. 35). Plaintiff Dale Hayden has responded. (Doc. 39). Upon consideration, for the reasons set forth in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Dale Hayden's federal claims against Defendants in their official and individual capacities are hereby **dismissed with prejudice**. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in light of the dismissal of her claims over which this Court had original jurisdiction. Therefore, Plaintiff's state law claims against the Defendants are hereby **dismissed without prejudice**.

IT IS SO ORDERED, this 30th day of August, 2010.

          /s/ Harry F. Barnes
          Hon. Harry F. Barnes
          United States District Judge